

**Entered on Docket
March 19, 2008**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

WILDE HANSEN, LLP
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

New Century Mtg. Corp.
08-70011 / 0321154858

lodged on 3/13/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Teng C. Ong

Debtors.

BK-S-05-21749-mkn

MS Motion No.
Date: 1/30/08
Time: 1:30 p.m.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, with GREGORY L. WILDE, ESQ. of the law firm of Wilde Hansen, LLP appearing on behalf of Secured Creditor, David L. Tanner appearing on behalf of Debtor,

1  argument having been heard, and based upon all the papers and pleadings on file herein and
2  good cause appearing therefor,
3      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the
4  post-petition arrearages currently due as follows:

|  |  |
|---|---|
| 4 Payments at $2,089.20 | $8,356.80 |
| (November 1, 2007 – February 1, 2008) |  |
| 3 Late Charges at $90.67 | $ 272.01 |
| (November 16, 2007 – February 16, 2008) |  |
| Debtor Suspense | <$2,812.78> |
| Less Funds on hand | <$6,480.02> |
| (Business Check #11709   $5,580.02) |  |
| (Business Check #11813   $900.00) |  |
| Bankruptcy Attorney Costs | $ 150.00 |
| Bankruptcy Attorney Fees | $ 750.00 |
| Total Amount of Default | $ 236.01 |

13      The above arrearages shall be paid in six (6) monthly installments of $39.34.  These
14  payments shall be in addition to the regular monthly payment and shall be due on or before the
15  20th day of the month commencing with the March 20, 2008 payment and continuing throughout
16  and concluding on or before August 20, 2008.
17      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall
18  give Debtors and Trustee at least five business days' notice of the time, place and date of sale.
19      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume
20  and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,
21  beginning with the March 1, 2008 payment, on Secured Creditor's Trust obligation, encumbering
22  the subject Property, generally described as 4374 Flagship Ct., Las Vegas, NV 89121, and
23  legally described as follows:

    Lot Twelve (12) in Block One (1) of THE HOMES ON ROCHELLE, as shown by Map
    thereof on file in Book 61 of Plats, page 79, in the office of the County Recorder of Clark
    County, Nevada.

26      IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make
    any payments as stated in this Order, or fail to maintain the regular monthly payments on

Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS SO ORDERED this _____ day of _____, 2008.

Submitted by:
WILDE HANSEN LLP

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A. Leavitt                           David L. Tanner

By_____          By_____
Kathleen A. Leavitt                           David L. Tanner
Chapter 13 Trustee                           Attorney for Debtors
302 E. Carson Avenue #300             7472 W. Sahara Ave. #101
Las Vegas, NV 89101                       Las Vegas, NV 89117

Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS SO ORDERED this ____ day of _____, 2008.

Submitted by:
WILDE HANSEN, LLP

By /s/ GREGORY L. WILDE
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A. Leavitt

By_____
Kathleen A. Leavitt
Chapter 13 Trustee
302 E. Carson Avenue #300
Las Vegas, NV 89101

David L. Tanner

By /s/ David L. Tanner
David L. Tanner
Attorney for Debtors
7472 W. Sahara Ave. #101
Las Vegas, NV 89117