KATHLEEN A. LEAVITT  E-FILED 03/18/2010
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>TENG C ONG<br><br><br>Debtor (s) | CASE NO: BKS-05-21749-MKN<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**
**YOU ARE BEHIND IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS YOU TAKE ACTION WITHIN 30 DAYS OF THE DATE LISTED BELOW.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of March 18, 2010, payments are delinquent in the amount of $8,010.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on this exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by 04/17/2010, bring the case current by paying, in certified funds to the Chapter 13 Trustee, the amount of $11,230.00**  (This amount represents your delinquency plus your next plan payment due after 3/18/2010); OR

YOU MUST, by 04/17/2010, submit to the Chapter 13 Trustee through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition; OR

YOU MUST file and serve a request for a hearing on the Trustee's Notice of Default, setting forth the reason for requesting the hearing supported by affidavits or declarations.

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE.  PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.  YOUR CASE MAY BE DISMISSED.**

Dated: March 18, 2010                    /s/ Kathleen A. Leavitt
                                          Kathleen A. Leavitt
                                          Chapter 13 Trustee

**Exhibit A to Notice of Default**                              **CASE NO.: 05-21749-MKN**
**TENG C ONG**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---|
| Dec 13, 2005 | TENG ONG MD 1638 | EMPLOYER PAYROLL DEDUCTION C | 1,650.00 |
| Dec 19, 2005 | TENG ONG MD 10538 | EMPLOYER PAYROLL DEDUCTION C | 1,650.00 |
| Dec 27, 2005 | BOA 8097 | CASHIER'S CHECK FROM DEBTOR | 1,650.00 |
| Jan 18, 2006 | BOA 8522 | CASHIER'S CHECK FROM DEBTOR | 1,650.00 |
| Feb 14, 2006 | BOA 5766 | CASHIER'S CHECK FROM DEBTOR | 1,650.00 |
| Mar 14, 2006 | BOA 2818 | CASHIER'S CHECK FROM DEBTOR | 1,650.00 |
| Apr 20, 2006 | BOA 3551 | CASHIER'S CHECK FROM DEBTOR | 1,650.00 |
| May 16, 2006 | BOA 2895 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jun 19, 2006 | BOA 4280 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jul 18, 2006 | BOA 9669 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Aug 22, 2006 | BOA 0253 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Sep 19, 2006 | BOA 0210 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Oct 20, 2006 | BOA 5974 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Nov 16, 2006 | BOA 6216 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Dec 26, 2006 | BOA 5866 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jan 19, 2007 | BOA 3026 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Feb 16, 2007 | BOA 7987 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Mar 20, 2007 | BOA 6977 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Apr 17, 2007 | BOA 6986 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| May 21, 2007 | BOA 1021 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jun 19, 2007 | BOA 4015 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jul 17, 2007 | BOA 4423 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Aug 20, 2007 | BOA 4059 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Sep 18, 2007 | BOA 4863 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Oct 23, 2007 | BOA 5460 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Dec 27, 2007 | BOA 2585 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Dec 27, 2007 | BOA 2584 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jan 31, 2008 | boa 1606 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Feb 21, 2008 | BOA 9576 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Mar 25, 2008 | BOA 9178 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Apr 29, 2008 | BOA 9569 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| May 20, 2008 | BOA 9894 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jun 13, 2008 | BOA 6376 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jul 21, 2008 | BOA 6888 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Sep 03, 2008 | BOA 5010 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Sep 23, 2008 | BOA A8166 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Nov 03, 2008 | boa 6478 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Dec 24, 2008 | BOA 2933 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jan 22, 2009 | BOA 3309 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Feb 10, 2009 | BOA 3449 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Mar 04, 2009 | BOA 4504 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Mar 31, 2009 | BOA 4086 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Apr 29, 2009 | BOA 5007 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jun 02, 2009 | BOA 5317 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jul 21, 2009 | BOA 5064 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Jul 28, 2009 | BOA 7196 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |

**Exhibit A to Notice of Default**  **CASE NO.: 05-21749-MKN**
**TENG C ONG**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---:|
| Aug 28, 2009 | BOA 9867 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Sep 30, 2009 | BOA 8793 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Nov 04, 2009 | BOA 4949 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| Dec 22, 2009 | BOFA 1445 | CASHIER'S CHECK FROM DEBTOR | 3,220.00 |
| | | **Gross Debtor Receipts:** | **$150,010.00** |